## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF VIRGIN ISLANDS
## ST. CROIX DIVISION

| | |
|---|---|
| **RE:** ) | Case Number: 26-10006-MFW |
| ) | |
| **REGINALD PERRY,** ) | Chapter 13 |
| ) | |
| ) | **NOTICE OF MOTION TO ENLARGE** |
| ) | **TIME FOR FILING SCHEDULES,** |
| ) | **STATEMENT OF FINANCIAL** |
| ) | **AFFAIRS, PLAN, AND OTHER** |
| Debtor ) | **DOCUMENTS REQUIRED UNDER 11** |
| ) | **U.S.C. § 521(a)** |

## NOTICE

**PLEASE TAKE NOTICE** that the above-named Debtor through his attorney, Robert A. Pohl, have moved this court for an extension of time for filing schedules, statement of Financial Affairs, and other such documents required by 11 U.S.C. §521(a).   Debtor has requested an extension of time from the regular fourteen (14) days after Order for Relief to twenty-eight (28) days after Order for Relief based upon the fact that the Debtor's attorney needs more time to complete the Debtor's Schedules, State of Financial Affairs, Plan, and documents required under 11 U.S.C. §521(a) due to the fact that the Debtor requires additional time to locate and obtain material information from third parties in order to complete the aforesaid documents.  The "First Meeting of Creditors" is scheduled for July 15, 2026, at 10:00 am, so extension to July 10, 2026, will not interfere with that meeting.

Dated June 26, 2026
In Greenville, South Carolina

*/S/ ROBERT A. POHL*
Robert A. Pohl Esquire, V.I. Bar No. R2193
POHL BANKRUPTCY, LLC
Attorney for Debtor(s)
P.O. Box 27290
Greenville South Carolina 29616
(864) 233-6294
(864) 558-5291 Fax

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF VIRGIN ISLANDS**
**ST. CROIX DIVISION**

| | | |
|---|---|---|
| **RE:** | ) | Case Number: 26-10006-MFW |
| | ) | |
| **REGINALD PERRY,** | ) | Chapter 13 |
| | ) | **MOTION TO ENLARGE TIME FOR** |
| | ) | **FILING SCHEDULES, STATEMENT OF** |
| Debtor | ) | **FINANCIAL AFFAIRS, PLAN, AND** |
| | ) | **OTHER DOCUMENTSREQUIRED** |
| | ) | **UNDER 11 U.S.C. § 521(a)** |
| _____ | ) | |

## MOTION

    **COME NOW THE DEBTOR**, through his attorney, Robert A. Pohl, and move this honorable Court to enlarge the time for filing schedules, statement of Financial Affairs, and other such documents required by 11 U.S.C. §521(a) from regular fourteen (14) days after Order for Relief to twenty-eight (28) days after Order for Relief.

    Debtor filed a petition for relief with mailing matrix and other required documents under Chapter 13 of the Bankruptcy Code on June 12, 2026.  Debtor has requested an extension of time from the regular fourteen (14) days after Order for Relief to twenty-eight (28) days after Order for Relief based upon the fact that the Debtor's attorney needs more time to complete the Debtor's Schedules, State of Financial Affairs, Plan, and documents required under 11 U.S.C. §521(a) due to the fact that the Debtor requires additional time to locate and obtain material information from third parties in order to complete the aforesaid documents.  The "First Meeting of Creditors" is scheduled for July 15, 2026, at 10:00 am, so extension to July 10, 2026, will not interfere with that meeting.

    Debtor wishes this extension of time to file schedules, statement of Financial Affairs, and other such documents required by 11 U.S.C. §521(a), in an effort to openly, honestly and ethically file the proper information and documentation with this honorable court.

Dated June 26, 2026

In Greenville, South Carolina                ***/S/ ROBERT A. POHL***

                                      Robert A. Pohl Esquire, V.I. Bar No. R2193
                                      POHL BANKRUPTCY, LLC
                                      Attorney for Debtor(s)
                                        P.O. Box 27290
                                        Greenville South Carolina 29616
                                        (864) 233-6294
                                        (864) 558-5291 Fax