UNITED STATES BANKRUPTCY COURT
DISTRICT OF VIRGIN ISLANDS
ST. CROIX DIVISION

IN RE:                                                    CASE NO.: 1:26-bk-10006-MFW
                                                                              CHAPTER 13

**Reginald Perry,**
   **Debtor.**

_____/

## REQUEST FOR SERVICE

    **PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**

**13010 MORRIS ROAD, SUITE 450**

**ALPHARETTA, GA 30004**

Robertson, Anschutz, Schneid, Crane &
Partners, PLLC
Attorney for Secured Creditor
13010 Morris Road, Suite 450
Alpharetta, GA 30004
Telephone: 470-321-7112
Facsimile: 404-393-1425

By: /s/Shellie Labell
Shellie Labell
Email: slabell@raslg.com

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on July 9, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

REGINALD PERRY
3220 GOLDEN ROCK ESTATE
CHRISTIANSTED, VI 00820

And via electronic mail to:

ROBERT POHL
POHL BANKRUPTCY, LLC
P.O. BOX 27290
GREENVILLE, SC 29616

JOSE R. CARRION
JRCARRION, STANDING CHAPTER 13 & 12 TRUSTEE
CHAPTER 13 TRUSTEE
PO BOX 9023884
SAN JUAN, PR 00902

GUY A. VAN BAALEN
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
362 RICHARD B. RUSSELL BUILDING
75 TED TURNER DRIVE, SW
ATLANTA, GA 30303

By: /s/ Peyton Duncan