**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF VIRGIN ISLANDS**
**ST. CROIX DIVISION**

| | |
|---|---|
| **IN RE:**<br><br>**Reginald Perry,**<br><br>**Debtor** | **CASE NO: 26-10006-MFW**<br><br>**CHAPTER 13** |

**CERTIFICATE OF SERVICE**

**AMENDED SCHEDULE A/B, AMENDED SCHEDULE D, AMENDED SCHEDULE E/F, AMENDED SCHEDULE I, AMENDED SCHEDULE J, AMENDED DECLARATION ABOUT AN INDIVIDUAL DEBTOR'S SCHEDULES, OFFICIAL FORM 122C-1 CHAPTER 13 STATEMENT OF YOUR CURRENT MONTHLY INCOME, OFFICIAL FORM 122C-2 CALCULATION OF DISPOSABLE INCOME, and AMENDED CHAPTER 13 PLAN**

I hereby certify that I have faxed, mailed by U.S. regular mail and/or electronically mailed a true and accurate copy of the foregoing to all creditors and parties attached hereto and to the U.S. Trustee's office and Debtors attached hereto.

SERVED ON ALL PARTIES IN
INTEREST AS SHOWN ON THE
ATTACHED MAILING MATRIX

Dated: September 16, 2026
**Greenville, South Carolina**

***/S/Robert Pohl***
Attorney for
**POHL BANKRUPTCY, LLC**
Attorneys for the Debtor
P.O. Box 27290
Greenville, SC 29601
Telephone: (864) 233-6492
Facsimile: (864) 558-5291

Label Matrix for local noticing
0391-1
Case 1:26-bk-10006-MFW
District Court of the Virgin Islands - Bankru
St. Croix
Wed Sep 16 22:13:27 AST 2026

Mill Harbour Condominium Owners' Associ
McChain, Hamm & Associates
5030 Anchor Way Ste 13
Christiansted, VI 00820-4692

U.S. Bank Trust National Association
Robertson, Anschutz, Schneid, Crane & Pa
13010 Morris Road, Suite 450
Alpharetta, GA 30004-2001

District Court of the Virgin Islands
Bankruptcy Division
Almeric Christian Fed Bldg & Courthouse
3013 Est. Golden Rock
St. Croix, VI 00820-4172

2400 Services, LLC
c/o McChain Hamm & Associates
5030 Anchor Way, Suite 13
Christiansted, VI 00820-4692

Affirm, Inc.
Attn: Bankruptcy
650 California St, Fl 12
San Francisco, CA 94108-2716

Amex
CorrespondenceBankruptcy
Po Box 981535
El Paso, TX 79998-1535

Anita Perry
1243 Lawndale Avenue
Chicago, IL 60623-1551

Association of St. C Condominium Owners
c/o Tonya Saafir, Esq.
5043 Norre Gade, Ste 6
St Thomas, VI 00802-6834

Association of St. C. Condominium Owners
42000 Estate St. John
Christiansted, VI 00820

Capital One
AttN: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

Capitalone
Po Box 31293
Salt Lake City, UT 84131-0293

Castle STX, LLC
c/o McChain Hamm & Associates
5030 Anchor Way, Suite 13
Christiansted, VI 00820-4692

Centerline Car Rentals, LLC.
9938 Airport Road
Kingshill, VI 00850-9984

Charles Mereday
c/o Dudley Newman Feuerzeig, LLP
1131 King Street, Suite 204
Christiansted, VI 00820-4974

Chase Card Services
Attn: Bankruptcy
Po Box 15299
Wilmington, DE 19850-5299

Christiansted Restoration Corporation
c/o Andrew C. Simpson
2191 Church Street, Suite 5
Christiansted, VI 00820-5087

Citibank
Attn: Bankruptcy Department
P.O.Box 790046
St. Louis, MO 63179-0046

Comenity Bank/Petland
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218-2125

Credit One Bank
Attn: Bankruptcy Department
6801 Cimarron Rd
Las Vegas, NV 89113-2273

Discovercard
Po Box 30939
Salt Lake City, UT 84130-0939

Dpednelnet
Po Box 82561
Lincoln, NE 68501-2561

Edfinancial Services L
P.o. Box 30159
Knoxville, TN 37930-0159

Galleon Steaks and Seafood, LLC
Plot No. 2 Estate Southgate
Christiansted, VI 00820

Goldman Sachs Bank USA
Attn: Bankruptcy
Po Box 70379
Philadelphia, PA 19176-0379

Internal Revenue Bureau
6115 Estate Smith Bay Suite 225
St Thomas, VI 00802-1332

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
Robertson, Anschutz, Schneid,
Crane & Partners, PLLC
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487-2853

Jenny Perry
3220 Estate Golden Rock
Unit 328
Christiansted, VI 00820-4358

John Alexander
c/o McChain Hamm & Associates
5030 Anchor Way, Suite 13
Christiansted, VI 00820-4692

Lee J. Rohn and Associates, LLC
1108 King Street, Suite 3
Christiansted, VI 00820-5080

Mill Harbour Condominium Owners Assoc.
c/o Scott McChain, Esq.
5030 Anchor Way, Suite 13
Christiansted, VI 00820-4692

Navy Fcu
Attn: Bankruptcy
P.O.Box 3000
Merrifield, VA 22119-3000

Nelnet
Attn: Bankruptcy Department
P.O.Box 82505
Lincoln, NE 68501-2505

OFG Bancorp
Attn: Bankruptcy Department
254 Munoz Rivera Ave
San Juan, PR 00918-1900

Office of Tax Collector
1131 King Street
Suite 101
Christiansted, VI 00820-4974

Pauvin Property, LLC
c/o Andrew C. Simpson
2191 Church St, Ste 5
Christiansted, VI 00820-5087

Selene Finance, LP
Attn: Bankruptcy
P.O. Box 8279
Philadelphia, PA 19101-8279

Synchrony Bank
Attn: Bankruptcy Department
Po Box 965065
Orlando, FL 32896-5065

Tamarind Reef Resort & Marina, Inc.
c/o McShain Hamm & Associates
5030 Anchor Way, Suite 13
Christiansted, VI 00820-4692

U.S. BANK TRUST NATIONAL ASSOCIATION
c/o Selene Finance LP,
3501 Olympus Blvd, Suite 500,
Dallas, TX 75019-6295

USAA Federal Savings Bank
Attn: Bankruptcy
9800 Fredericksburg Road
San Antonio, TX 78288-0002

Guy A. Van Baalen
United States Department of Justice
Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303-3315

Jose R. Carrion
JRCarrion, Standing Chapter 13 & 12 Trus
Chapter 13 Trustee
PO BOX 9023884
SAN JUAN, PR 00902-3884

Reginald Perry
3220 Golden Rock Estate
Christiansted, VI 00820-4358

Robert Pohl
Pohl Bankruptcy, LLC
P.O. Box 27290
Greenville, SC 29616-2203

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Christiansted Restoration Corp.

End of Label Matrix

| | |
|---|---|
| Mailable recipients | 45 |
| Bypassed recipients | 1 |
| Total | 46 |