**DISTRICT OF THE VIRGIN ISLANDS**
**ST. CROIX, VIRGIN ISLANDS**
**PROCEEDING MEMO**

| | |
|---|---|
| **DATE:** | **Thursday, September 17, 2026** |
| **IN RE:** | **Bobby Ferris** |
| **CASE NO.** | **1:26-bk-10002** |
| **CONVENED:** | **2:00 PM AST** |
| **BEFORE:** | **Honorable Mary F. Walrath** |
| **COURTROOM DEPUTY:** | **Kimberley Willett** |
| **COURT REPORTER:** | **Zoom** |

**APPEARANCES:**

**Bobby Ferris, Debtor**
**Robert Pohl, Counsel for Debtor**
**Jose Carrion, Trustee**
**Gregg Kronenberger, Counsel for FirstBank Puerto Rico**

**NATURE OF PROCEEDING:**

**First Bank PR's Motion to Dismiss (#13)**
**Trustee's Motion to Dismiss (#24)**
**Confirmation (#28)**

**JUDGE'S NOTES:**

**Hearing held and matters continued to November 19, 2026 at 10:00 am (AST).**

**Dated: September 17, 2026**
**TIME ADJOURNED: 2:18 PM AST**

**Mary F. Walrath**
**U.S. Bankruptcy Judge**

**DISTRICT OF THE VIRGIN ISLANDS**
**ST. CROIX, VIRGIN ISLANDS**
**PROCEEDING MEMO**

| | |
|---|---|
| **DATE:** | **Thursday, September 17, 2026** |
| **IN RE:** | **Reginald Perry** |
| **CASE NO.** | **1:26-bk-10006** |
| **CONVENED:** | **2:00 PM AST** |
| **BEFORE:** | **Honorable Mary F. Walrath** |
| **COURTROOM DEPUTY:** | **Kimberley Willett** |
| **COURT REPORTER:** | **Zoom** |

**APPEARANCES:**

**Reginald Perry, Debtor**
**Robert Pohl, Counsel for Debtor**
**Jose Carrion, Trustee**
**Andrew Simpson, Counsel for Christiansted Restoration Corp.**
**Shellie Labell, Counsel for US Bank Trust National Association**

**NATURE OF PROCEEDING:**

**Confirmation of Plan (#17)**

**JUDGE'S NOTES:**

**Hearing held and matter continued to December 17, 2026 at 2:00 pm (AST).**

**Dated: September 17, 2026**
**TIME ADJOURNED: 2:18 PM AST**

**Mary F. Walrath**
**U.S. Bankruptcy Judge**