**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF VIRGIN ISLANDS-ST. CROIX**

| | |
|---|---|
| IN RE:<br><br>Reginald Perry,<br><br><br><br>Debtor | CASE NO: 26-10006-MFW<br><br>CHAPTER: 13 |

## NOTICE OF MEETING OF CREDITORS

On the 17th day of September 2026, NOTICE IS HEREBY GIVEN of Meeting of Creditors scheduled by the Court for **September 30, 2026, at 10:00 a.m. (AST)** via video conference.

**Location: Zoom video meeting. Go to Zoom.us/join,**
**Enter Meeting ID 842 075 7565, and**
**Passcode 8744010630, OR call 1 (939)545–9003.**

I HEREBY CERTIFY that copy of this notice was sent today to any creditors and parties in interest through ECFS register user to the address of record.

In Greenville, South Carolina this 17th day of September 2026.

***/s/Robert A. Pohl***
Robert A. Pohl, V.I. Bar No. R2193
POHL BANKRUPTCY, LLC
P.O. Box 27290
Greenville, SC 29616
Tel: (864) 233-6294
Fax: (864) 558-5291
Email: Robert@POHLBANKRUPTCY.com
ATTORNEY FOR DEBTOR